IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| RUSSELL D. MCCULLOUGH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 23-cv-15991 |
| | ) | |
| CITY OF CHICAGO, | ) | District Judge Matthew F. Kennelly |
| RICH L. RODRIGUEZ JR., and | ) | |
| VICTOR E. GOETZ | ) | Magistrate Judge M. David Weisman |
| | ) | |
| Defendants. | ) | |

## ITEMIZATION FOR DEFENDANTS' BILL OF COSTS

**Depositions & Transcripts Itemization**

| Deponent | Type | Date | # of pages / # of Hours | Amount per page allowed to recover | Attendance Fee Rate | Total Amount Recoverable |
|---|---|---|---|---|---|---|
| Official Court Reporter - Carolyn Cox | Transcript - 23-cv-15991 | 12/10/24 | 7 | $4.40 | | $30.80 |
| Official Court Reporter - Carolyn Cox | Transcript - 23-cv-15991 | 03/18/25 | 17 | $4.40 | | $74.80 |
| Russell D. McCullough | Deposition Attendance | 06/18/25 | 4 | $87.50 | | $350.00 |
| | Original Transcript | 06/18/25 | 148 | $4.40 | | $651.20 |
| | Exhibits | 06/18/25 | 32 | $0.45 | | $14.40 |
| Rich L. Rodriguez Jr. | Appearance – Webex Web Conference | 07/02/25 | | | $100.00 | $100.00 |
| | Original Transcript | 07/02/25 | 232 | $4.40 | | $1,020.80 |

1

|  | Exhibits | 07/02/25 | 5 |  |  | $3.25 |
|---|---|---|---|---|---|---|
| Victor E. Goetz | Appearance – Webex Web Conference | 07/10/25 |  |  | $100.00 | $100.00 |
|  | Original Transcript | 07/10/25 | 145 | $4.40 |  | $638.00 |
|  | Exhibits | 07/10/25 | 5 |  |  | $3.25 |
| **TOTAL** |  |  |  |  |  | **$2,986.50** |

Dated: January 2, 2026                                                                                       Respectfully Submitted,

                                                                                                                                  CITY OF CHICAGO

                                                                                                                          By: /s/ Matthew H. Bunn
                                                                                                                                  Matthew H. Bunn

Marion C. Moore, Chief Assistant Corporation Counsel
Matthew H. Bunn, Assistant Corporation Counsel
City of Chicago Department of Law
Federal Civil Rights Litigation Division
2 North LaSalle Street, Suite 420
Chicago, Illinois 60602
312-744-5170 (Moore)
312-744-0226 (Bunn)
marion.Moore@cityofchicago.org
matthew.bunn@cityofchicago.org

*Counsel for Defendant City of Chicago*

                                                                                                                          RICH L. RODRIGUEZ JR. and VICTOR E. GOETZ

                                                                                                                          By: /s/ Maxwell E. Lisy
                                                                                                                                  Maxwell E. Lisy

Maxwell E. Lisy, Assistant Corporation Counsel Supervisor
City of Chicago Department of Law
Federal Civil Rights Litigation Division
2 North LaSalle Street, Suite 420
Chicago, Illinois 60602
312-742-0305
maxwell.lisy@cityofchicago.org

*Counsel for Defendants Rich L. Rodriguez Jr. and Victor E. Goetz*