ST44 Rev. 10/23
Derived from AO44 Rev. 10/23

# UNITED STATES DISTRICT COURT
## Northern District of Illinois

### INVOICE 20240262

**MAKE CHECKS PAYABLE TO:**

MARK ALANSON
CITY OF CHICAGO
DEPARTMENT OF LAW
30 North LaSalle Street, Suite 1400
Chicago, IL 60602
(312) 744-5120

CAROLYN COX, CRR, FCRR
Official Court Reporter
219 South Dearborn
Room 2102
Chicago, IL 60604
(312) 435-5639

__ CRIMINAL   X CIVIL

DATE ORDERED: 12-10-2024

DATE DELIVERED: 12-10-2024

**In the matter of:** 23 C 15991, RUSSELL D. McCULLOUGH v RICH L. RODRIGUEZ, JR. et al.

Transcript of proceedings before Judge Matthew F. Kennelly on October 18, 2024.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | 7 | 4.40 | 30.80 | | | | | | | 30.80 |
| 14-Day | | | | | | | | | | |
| 7-Day | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Next-Day | | | | | | | | | | |
| 2-Hour | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | | | Misc. Charges | |
| | | | | | | | | | **Subtotal** | 30.80 |
| | | | | | | | | | Less Discount for Late Delivery | |
| | | | | | | | | | Tax (If Applicable) | |
| | | | | | | | | | Less Amount of Deposit | |
| | | | | | | | | | Total Refund | |
| | | | | | | | | | **Total Due** | 30.80 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:

DATE:

**DISTRIBUTION:** TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR

ST44 Rev. 10/23
Derived from AO44 Rev. 10/23

# UNITED STATES DISTRICT COURT
## Northern District of Illinois

**INVOICE 20250079**

| | |
|---|---|
| MATTHEW H. BUNN<br>CITY OF CHICAGO<br>DEPARTMENT OF LAW<br>30 North LaSalle Street, Suite 1400<br>Chicago, IL 60602<br>(312) 744-5120 | **MAKE CHECKS PAYABLE TO:**<br>CAROLYN COX, CRR, FCRR<br>Official Court Reporter<br>219 South Dearborn<br>Room 2102<br>Chicago, IL 60604<br>(312) 435-5639 |

___ CRIMINAL   ☒ CIVIL   DATE ORDERED: 03-18-2025   DATE DELIVERED: 03-18-2025

**In the matter of:** 23 C 15991, RUSSELL D. McCULLOUGH v RICH L. RODRIGUEZ, JR. et al.

Transcript of proceedings before Judge Matthew F. Kennelly on December 10, 2024, and February 14, 2025.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| 30-Day | 17 | 4.40 | 74.80 | | | | | | | 74.80 |
| 14-Day | | | | | | | | | | |
| 7-Day | | | | | | | | | | |
| 3-Day | | | | | | | | | | |
| Next-Day | | | | | | | | | | |
| 2-Hour | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. | | | | | | | | | Misc. Charges | |
| | | | | | | | | | **Subtotal** | 74.80 |
| | | | | | | | | | Less Discount for Late Delivery | |
| | | | | | | | | | Tax (If Applicable) | |
| | | | | | | | | | Less Amount of Deposit | |
| | | | | | | | | | Total Refund | |
| | | | | | | | | | **Total Due** | 74.80 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:                                        DATE:

**DISTRIBUTION:**   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR



# Invoice

**Invoice No:** 1001301698156
**Invoice Date:** 7/22/2025
**Payment Terms:** Net 30

**Bill To:**
Mark Alanson
City of Chicago - Federal Civil Rights Litigation
2 North LaSalle Street
Suite 420
Chicago IL 60602
United States

**Case Name:**
McCullough vs. City of Chicago

**Case Number:** 23-cv-15991

**Business Unit:** Chicago

**Header:**

| Job # | Witness Name | Job Date | Location | Claim No. | Matter Number | Client Name |
|---|---|---|---|---|---|---|
| 2025-989663 | Rich L. Rodriguez Jr. | 7/2/2025 | | | | |

| Item | Quantity | Amount |
|---|---|---|
| Original Certified Transcript - Standard Delivery | 232 | $1,125.20 |
| LegalView/Webex Web Conference | 1 | $100.00 |
| Exhibits | 5 | $3.25 |
| Electronic Transcript | 1 | $40.00 |
| Deposition Insights™ AI-Enabled Summaries (151+ pages) | 1 | $89.00 |

**Memo:**

**Sold To:**
Mark Alanson
City of Chicago - Federal Civil Rights Litigation
2 North LaSalle Street
Suite 420
Chicago IL 60602
United States

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2007
Dallas, TX 75373-4298

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Invoice # 1001301698156

| | |
|---|---|
| **Subtotal:** | $1,357.45 |
| **Total Tax:** | $0.00 |
| **Total:** | $1,357.45 |
| **Payments and Credits:** | $0.00 |

| | |
|---|---|
| **TAX ID 46-4363191** | |
| Payment not contingent upon client reimbursement. | |
| **Amount Due** | $1,357.45 |
| **After 8/21/2025 Pay** | $1,377.81 |

1 of 2



# Invoice

**Invoice No:** 1001301698156
**Invoice Date:** 7/22/2025
**Payment Terms:** Net 30

**Questions/Inquiries:**
**Email:** Billingchicago@lexitaslegal.com
**Phone Number:** 877-653-6736

We appreciate your business and look forward to working with you in the future. In the meantime, please don't hesitate to call us at (877) 653-6736.

Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F. California Firm registration #179.

**REMITTANCE - TO AVOID DELAYS IN APPLYING YOUR PAYMENTS, PLEASE INCLUDE A COPY OF THIS INVOICE OR INCLUDE THE INVOICE NUMBER WITH YOUR PAYMENT.**

Remittance is due 30 days from the date of the invoice. At 30 days past the payment due date, a 1.5% monthly surcharge may be added. Please contact us if you have any questions or think there is an error on this invoice within 90 days of the invoice date. No adjustments will be made to the invoices after 90 days.

**By ACH or Wire:** Please contact Accounts Receivable at ar@lexitaslegal.com for questions and banking details. To ensure proper payment application, a remittance detail including the department number **2007** and invoice numbers should be emailed to remittance@lexitaslegal.com.

**By credit card:** Please visit http://www.lexitaslegal.com/bill-pay. Use your invoice and job number in the designated fields.

**By check:** Please address your payment to the address above and list your invoice number or attach a copy of this invoice.

Accounts unpaid after 90 days agree to pay all collections costs including reasonable attorney's fees.



# Invoice

**Invoice No:** 1001301699411
**Invoice Date:** 7/25/2025
**Payment Terms:** Net 30

**Bill To:**
Mark Alanson
City of Chicago - Federal Civil Rights Litigation
2 North LaSalle Street
Suite 420
Chicago IL 60602
United States

**Case Name:**
McCullough vs. City of Chicago

**Case Number:** 23-cv-15991

**Business Unit:** Chicago

**Header:**

| Job# | Witness Name | Job Date | Location | Date of Loss |
|---|---|---|---|---|
| 2025-989673 | Victor E. Goetz | 7/10/2025 | | |

| Claims Professional | Name of Insured | Claim No. | Matter Number | Client Name |
|---|---|---|---|---|
| | | | | |

| Item | Quantity | Amount |
|---|---|---|
| Original Certified Transcript - Standard Delivery | 145 | $703.25 |
| LegalView/Webex Web Conference | 1 | $100.00 |
| Exhibits | 5 | $3.25 |
| Electronic Transcript | 1 | $40.00 |
| Deposition Insights™ AI-Enabled Summaries (75-150 pages) | 1 | $59.00 |



# Invoice

**Invoice No:** 1001301699411
**Invoice Date:** 7/25/2025
**Payment Terms:** Net 30

**Memo:**

**Sold To:**
Mark Alanson
City of Chicago - Federal Civil Rights Litigation
2 North LaSalle Street
Suite 420
Chicago IL 60602
United States

**Please remit payments with invoice number included to:**
Lexitas
PO Box 734298
Dept 2007
Dallas, TX 75373-4298

**To pay this invoice by credit card:**
1) Visit **https://www.lexitaslegal.com/pay-invoice**
2) Enter Invoice # 1001301699411

**TAX ID 46-4363191**

1.5% finance charge on delinquent balances.

Payment not contingent upon client reimbursement.

| | |
|---|---|
| **Subtotal:** | $905.50 |
| **Total Tax:** | $0.00 |
| **Total:** | $905.50 |
| **Payments and Credits:** | $0.00 |
| **Amount Due** | **$905.50** |
| **After 8/24/2025 Pay** | **$919.08** |

**Questions/Inquiries:**
**Email:** billingchicago@lexitaslegal.com
**Phone Number:** 877-653-6736

We appreciate your business and look forward to working with you in the future. In the meantime, please don't hesitate to call us at 877-653-6736.

Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F. California Firm registration #179.

**REMITTANCE - TO AVOID DELAYS IN APPLYING YOUR PAYMENTS, PLEASE INCLUDE A COPY OF THIS INVOICE OR INCLUDE THE INVOICE NUMBER WITH YOUR PAYMENT.**

Remittance is due 30 days from the date of the invoice. At 30 days past the payment due date, a 1.5% monthly surcharge may be added. Please contact us if you have any questions or think there is an error on this invoice within 90 days of the invoice date. No adjustments will be made to the invoices after 90 days.

**By ACH or Wire:** Please contact Accounts Receivable at ar@lexitaslegal.com for questions and banking details. To ensure proper payment application, a remittance detail including the department number **2007** and invoice numbers should be emailed to remittance@lexitaslegal.com.

**By credit card:** Please visit http://www.lexitaslegal.com/bill-pay. Use your invoice and job number in the designated fields.

**By check:** Please address your payment to the address above and list your invoice number or attach a copy of this invoice.

Accounts unpaid after 90 days agree to pay all collections costs including reasonable attorney's fees.

**DCM Court Reporting, Inc.**

221 North LaSalle Street, Suite 1950
Chicago, IL  60601 US
(312) 704-4525
dcmreporting@aol.com

## INVOICE

| BILL TO | | INVOICE | 5219 |
|---|---|---|---|
| City of Chicago | | DATE | 08/04/2025 |
| Department of Law | | TERMS | Net 30 |
| 2 North LaSalle Street | | DUE DATE | 09/03/2025 |
| Chicago, IL  60602 | | | |

| DATE | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| 06/18/2025 | Russell D. McCullough vs. Rich L. Rodriguez, Jr., et al., No. 23 CV 15991 | | | |
| | Attorneys:  Mark Alanson and Jessica Griff, FCRL | | | |
| | Deposition of Russell D. McCullough | | | |
| | Reporter:  Bedford | | | |
| | Deposition Attendance | 4 | 87.50 | 350.00 |
| | Transcript Original | 148 | 4.75 | 703.00 |
| | Condensed Transcript | 148 | 0.35 | 51.80 |
| | Copy of Exhibits | 32 | 0.45 | 14.40 |

BALANCE DUE **$1,119.20**

Pay invoice