IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RUSSELL D. MCCULLOUGH, ) | |
| ) | |
| Plaintiff, ) | Case No. 23-cv-15991 |
| ) | |
| v. ) | |
| ) | Honorable Matthew F. Kennelly |
| CITY OF CHICAGO, RICH L. ) | |
| RODRIGUEZ JR., and VICTOR E. ) | |
| GOETZ, ) | |
| ) | |
| Defendants. ) | |

**UNOPPOSED MOTION TO WITHDRAW**

Edward Fox, by and through himself, hereby makes this motion to withdraw as attorney of record for Russell McCullough. In support of this motion, Edward Fox sets forth as follows:

1. This case was recently decided in Defendants' favor on a motion for summary judgment. On December 3, 2025, in its Memorandum Opinion this Court directed judgment against Plaintiff and in favor of Defendants on all claims. Dkt. 94.

2. This Court also set a date for Plaintiff to respond to Defendants' motion for sanctions on January 16, 2026.

3. The Defendants' motion for sanctions was directed at the Plaintiff and Plaintiff's "counsel." Peter Sadelski has been Plaintiff's counsel in that he is the attorney who signed all of the pleadings in the case and it is he to whom Defendants addressed the Safe Habor letter. Dkt. 82-6. In this case, although Mr. Fox is a counsel of record he has little knowledge of the facts of this case, took no role in drafting any of the pleadings, and had no contact with the Plaintiff.

4. On New Year's Eve, December 31, 2025, Mr. Sadelski emailed Mr. Fox and informed him that he was resigning "effective immediately." He had unknowingly started his own law firm. It was his intent to take all the cases that he had been working with him as that is what he has been doing.

5. As a result of the foregoing, including that Mr. Fox has not communicated with the Plaintiff, did not sign any of the pleadings and has little knowledge of the facts of this case, Mr. Fox respectfully submits that his withdrawal at this point is appropriate.

6. The Plaintiff has been emailed this motion but Mr. Fox does not know his position on it.

7. The Defendants have been contacted and they do not oppose this motion.

8. Peter Sadelski remains the Plaintiff's attorney.

Wherefore, Edward Fox respectfully requests that this Court grant this motion and permit Mr. Fox to withdraw from this case.

Respectfully submitted,

/s/Edward M. Fox
Edward M. Fox
ED FOX & ASSOCIATES
118 N. Clinton St., Suite 425
Chicago, Illinois 60661
(312) 345-8877
efox@efox-law.com